IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARL GOREE                                                                             PLAINTIFF

VS.                                         CIVIL ACTION NO.  5:06cv61DCB-MTP

UNITED STATES OF AMERICA                                          DEFENDANT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendant's motion for summary judgment [18] is granted and this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's motion for summary judgment [18] is granted and the above captioned cause is hereby dismissed with prejudice.

SO ORDERED this the   31st   day of   August   , 2007.


                                                  s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE